# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-24656-CIV-KING/BECERRA

ARMOR CORRECTIONAL HEALTH
SERVICES, INC.,

    Plaintiff,

v.

BRUCE TEAL,

    Defendant.

_____/

**EXHIBIT 2: DECLARATION OF SARAH MILLER
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Sarah Miller, hereby declare as follows:

1. I am over the age of eighteen years old, have personal knowledge of all matters stated herein, and could testify as to those matters if so requested.

2. I am an E-Discovery & Litigation Readiness Adviser employed by the law firm, Bradley Arant Boult Cummings LLP ("Bradley"), which is counsel to Defendant Bruce Teal in this matter.

3. I attended a meeting with Mr. Teal on August 6, 2019. At that meeting, Mr. Teal turned his laptop over to Bradley, and it remained in my possession until I sent it to Plaintiff Armor Correctional Health Services, Inc. ("Armor").

4. On or around August 6, 2019, I also downloaded information from the laptop to a thumb drive.

1

5. I coordinated imaging of the laptop with a third-party ESI vendor, Lighthouse, which imaged the laptop at Bradley's direction on August 19, 2019.

6. The purpose of this imaging and downloading was to preserve the data for litigation.

7. During the time between August 6, 2019 and September 11, 2019, counsel for the parties were negotiating the terms of the return of the laptop, including a confidentiality agreement to protect data that did not belong to Armor. Bradley's communications with Armor's counsel during this time disclosed that Bradley imaged the laptop for preservation purposes.

8. I transferred the laptop to Armor's counsel on September 11, 2019. At this time, I also sent the chain of custody for the laptop to Armor's counsel.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of December, 2019, in Nashville, Tennessee.

Sarah Miller