# EXHIBIT 2

56819329;1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:19-CIV-24656-KING/BECERRA

ARMOR CORRECTIONAL HEALTH
SERVICES, INC.

       Plaintiff,

v.

BRUCE TEAL

       Defendant.

_____

### SWORN DECLARATION OF OTTO CAMPO IN SUPPORT OF PLAINTIFF ARMOR CORRECTIONAL HEALTH SERVICES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to 28 U.S.C. §1746, I, Otto Campo, hereby declare as follows:

1.     I am Armor Correctional Health Services, Inc.'s ("Armor") Chief Executive Officer.

2.     Armor is a healthcare company that focuses on providing inmate medical services to correctional facilities. In Florida, Armor provides inmate health services to multiple public correctional facilities around the State. Thus, Florida Sheriffs are some of Armor's most important clients, in addition to being its most important targets for continued and future business.

3.     Corizon Health, Inc. ("Corizon") is a major competitor of Armor's.

4.     Bruce Teal ("Teal") was employed as an executive at Armor until he resigned in November 2018.

5.     For purposes of and in the context of exploring a potential acquisition, Armor and Corizon entered into a non-disclosure agreement dated February 5, 2019 (the "NDA").

1

55161276;4

6.      The purpose of the NDA was to allow the parties to exchange confidential information in exploring the Potential Acquisition and to prohibit Corizon from using Armor's confidential information for any purpose other than evaluating the Potential Acquisition.

7.      As part of the NDA, Armor confirmed Teal was not prohibited from working for Corizon in exploring the Potential Acquisition. Armor trusted that its long-term CEO would act as an honest broker and not disadvantage Armor while the parties pursued a deal, and it was with that intent that it signed the NDA.

8.      Although the NDA said that Corizon "intends" to engage Teal, Armor learned during this litigation that Corizon had in fact already offered Teal employment in a business development capacity separate from exploring a potential acquisition with Armor and, under the terms of the employment offer, he was to be compensated with a commission structure that incentivized him to bring new business.

9.      Ultimately, the discussions regarding a potential acquisition ceased.

10.     Accordingly, Armor terminated the NDA via correspondence dated March 13, 2019.

11.     Later, Armor learned that Teal was meeting with Armor's clients on behalf of Corizon for the purpose of soliciting their business.

12.     One of those clients was Brevard County Sheriff's Office ("Brevard"). Before 2019, Armor had a long-standing relationship with Brevard.

13.     Armor had been the vendor providing inmate health services to Brevard since 2005.

14.     In fact, Brevard had renewed its contract in 2018 while Teal was serving as Armor's CEO. That contract was set to expire on September 30, 2020, with an option to renew.

2

15.     In July 2019, Armor received notice that Brevard was prematurely terminating its contract with Armor.

16.     Before sending the termination letter, Brevard issued a request for proposal (RFP) for a new vendor to replace Armor.

17.     Armor initially began responding to the Brevard RFP but, as indicated in my correspondence to Sheriff Ivey dated July 31, 2019, withdrew from the RFP process because it had become evident that Brevard desired to use another vendor. *See* Exhibit A.

18.     The Florida Sheriff's Association (FSA) hosts several major conferences each year to recognize and support the work of Florida Sheriffs and their staff. Each FSA event convenes a targeted audience of law enforcement personnel and those who support their work for the purposes of recognizing accomplishment, sharing best practices, and providing networking opportunities.

19.     The FSA Summer Conference is typically FSA's largest event of the year. It attracts representatives from almost every Sheriff's Office in the State of Florida, as well as other vendors and partners. Thus, it is a prime opportunity for Armor to network with its existing Sheriff's Office clients, as well as to network with other Sheriff's Offices that may have existing or future needs for contracted inmate medical services.

20.     The FSA Summer Conference was held from July 26, 2020, through July 28, 2020, at the Hyatt Coconut Point in Bonita Springs, Florida.

21.     Armor is an Annual Diamond Sponsor of the FSA Summer Conference.

22.     I attended the FSA Summer Conference on Armor's behalf.

23.     Each of Armor's existing Sheriff's Office clients were represented at the FSA Summer Conference.

3

55161276;4

24.     Mr. Teal attended the FSA Summer Conference on behalf of Corizon and networked with the attendees from various Sheriff's Offices.

25.     Mr. Teal was also at the FSA Winter Conference, held in January of 2021, on Corizon's behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this $\underline{16th}$ day of February 2021.

Otto Campo

55161276;4

4